FILED & ENTERED

FEB 17 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: | Case No: 2:10-bk-55468-TD |
|---|---|
| Fermin P Canlas, | Chapter: 7 |
| | ORDER DENYING DEBTOR'S EX PARTE EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY AND REQUEST FOR ORDER TO SHOW CAUSE. |
| Debtor. | |

Having considered *Debtor's Ex Parte Emergency Motion to Enforce Automatic Stay and Request for Order to Show Cause,*

**IT IS HEREBY ORDERED** that Debtor's motion is denied.

**IT IS SO ORDERED.**

DATED: February 17, 2011

_____
United States Bankruptcy Judge

- 1

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **ORDER DENYING DEBTOR'S EX PARTE EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY AGAINST AND REQUEST FOR ORDER TO SHOW CAUSE**  was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/14/11**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com

Gary L Harre on behalf of Debtor Fermin Canlas
ghcmecf@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Fermin P Canlas
212 Gladys Ave
Monterey Park, CA 91755

Debtor's Attorney
Gary L Harre
Global Capital Law PC
17612 Beach Blvd Ste 8
Huntington Beach, CA 92647

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page